■■■ WILLIAM A. STEINBARTH et al., Appellants, v OTIS ELEVATOR COMPANY, Respondent and Third-Party Plaintiff. ROBERT FREUDENHEIM, Third-Party Defendant-Respondent. [665 NYS2d 237] —Order unanimously affirmed without costs. Memorandum: Supreme Court properly granted defendant's motion to vacate the default (*see,* CPLR 5015 [a]). The court did not abuse its discretion in determining that the impairment of defendant's former attorney by alcoholism constituted a reasonable excuse for the default (*see, Jiminez v St. John's Riverside Hosp.,* 161 AD2d 497), and defendant demonstrated that it has meritorious defenses to the action (*see, Yacone v Ryan Homes,* 216 AD2d 963). Finally, defendant has remedied its default in complying with the court's discovery orders, and there is no indication that plaintiffs were unduly prejudiced by any delay (*see, Yacone v Ryan Homes, supra,* at 963-964). (Appeal from Order of Supreme Court, Erie County, Flaherty, J.— Vacate Default Judgment.) Present—Denman, P. J., Green, Wisner, Balio and Boehm, JJ.